UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
May 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                     )   Case No. MAG. 06-0134-GGH
        Plaintiff, )
v. )   ORDER FOR RELEASE OF
                                     )   PERSON IN CUSTODY
SERGEY WALTON, )
                                     )
        Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SERGEY WALTON , Case No.  MAG. 06-0134-GGH  , Charge  18USC § 922  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

       __    Release on Personal Recognizance

       ✔    Bail Posted in the Sum of $ 300,000.00 secured bond

           __    Unsecured Appearance Bond

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

       ✔    (Other)      Pretrial Conditions as stated on the record

Issued at  Sacramento, CA  on  May 16, 2006  at  3:57 pm .

                                                By   /s/ Gregory G. Hollows
                                                       Gregory G. Hollows
                                                       United States Magistrate Judge

Copy 5 - Court

## AMENDED CONDITIONS OF RELEASE

RE: Walton, Sergey
Doc. No. MAG. 06-134-GGH

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency on a daily basis by 10:00 a.m. each day.

2. Your travel is restricted to the Eastern District of California;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

5. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.

6. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

7. You shall surrender to the United States Marshals' by 12 noon of the eighth day following your release from custody.

_____
Sergey Walton
I acknowledge receipt and acceptance of the above conditions of release.

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

NAME Clerk, U.S. District Court
ADDRESS Eastern District of California
CITY & 501 "I" Street, Rm. 4-200
STATE Sacramento, CA 95814

Title Order No._____ Escrow No._____

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

MAY 16 2006

Sacramento County
Clerk-Recorder

200605160680

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST

This DEED OF TRUST, made May 15, 2006, between

Sergey C. Walton and Lou Ray Walton, husband and wife, as joint tenants   herein called TRUSTOR,
whose address is 8695 Cord Way, Sacramento, California 95828
(Number and Street)   (City)   (State)   (Zip Code)

CHICAGO TITLE COMPANY, a California Corporation, herein called TRUSTEE, and

Clerk, U.S. District Court, Eastern District of California   ,herein called BENEFICIARY,

Trustor irrevocably grants, transfers and assigns to Trustee in Trust, with Power of Sale that property in
Sacrameto   County Sacramento   ,California, described as:

Parcel 1, as shown on the map entitled, "Parcel C as shown on the Parcel Map filed for Record in Book 76 of Parcel Maps, Page 28, filed for record October 25, 2001, in Book 162 of Parcel Maps, Page 16.

APN: 115-0590-076   Appearance Bond in Mag.No.S-06-0134 GGH

Together with the rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the Purpose of Securing (1) payment of the sum of $ 300,000.00   with interest thereon according to the terms of a promissory note or notes of even date herewith made by Trustor, payable to order of Beneficiary, and extensions or renewals thereof; (2) the performance of each agreement of Trustor incorporated by reference or contained herein or reciting it is so secured; (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 Book 1964, Page 149774 | | | | | |

T 365 Legal (12-93) Page 1 of 4

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties, and printed on the reverse side hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximun allowed by laws.

_____ The foregoing assignment of rents is absolute unless initialed here, in which case, the assignment serves as additional security

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address hereinbefore set forth.

STATE OF CALIFORNIA  
COUNTY OF _____ } S.S.

On _____ before me,

a Notary Public in and for said County and State, personally appeared
_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature _____

Signature of Trustor

*/s/ Sergey C. Walton*  
Sergey C. Walton

*/s/ Lou Ray Walton*  
Lou Ray Walton

(This area for official notorial seal)

T 365 Legal Deed of Trust With Assignment of Rents (12-93) Page 2 of 4

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA        )
COUNTY OF __Sacramento__   )

On __May 15, 2006__, before me, __Laura Plante, Notary Public__
     DATE                           NAME, TITLE OF OFFICER – E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared, __Sergey C. Walton and Lou Ray Walton__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

__Laura Plante__ (SEAL)
NOTARY PUBLIC SIGNATURE

LAURA PLANTE
COMM. # 1492874
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. JUNE 6, 2008

Deed of Trust

──────────── OPTIONAL INFORMATION ────────────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____ NUMBER OF PAGES _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____  SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|  |  |

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA
V.

Sergey C. Walton

Defendant

**APPEARANCE BOND**

Case Number:  Mag.No.S-06-0134 GGH

☐ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __300,000.00__ , and there has been deposited in the Registry of the Court the sum of
$ __0.00__ in cash or __real property__ (describe other security.)

The conditions of this bond are that the defendant __Sergey C. Walton__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __5/15/2006__ at __Sacramento, CA__
Date                                              Place

Defendant __Sergey C. Walton__ /s/ Sergey Walton    Address __8695 Cord Way, Sacramento, CA 95826__

Surety __Lou Ray Walton__ /s/ Lou Ray Walton    Address __8695 Cord Way, Sacramento, CA 95826__

Surety __Sergey C. Walton__ /s/ Sergey Walton    Address __8695 Cord Way, Sacramento, CA 95826__

Signed and acknowledged before me __5/15/2006__
Date

_____
Judge/Clerk

Approved _____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA        )
COUNTY OF Sacramento   )

On May 15, 2006 before me, Laura Plante, Notary Public
  DATE                                              NAME, TITLE OF OFFICER – E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared, Sergey C. Walton and Lou Ray Walton

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Laura Plante_ _____(SEAL)
NOTARY PUBLIC SIGNATURE

LAURA PLANTE
COMM. # 1492674
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. JUNE 6, 2008

Appearance Bond

──────────────── OPTIONAL INFORMATION ────────────────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____  NUMBER OF PAGES _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____  SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |

## ACKNOWLEDGMENT OF SURETIES

We, and , undersigned sureties in the case of *United States v. Sergey Walton,* Mag. 06-134-GGH, jointly and severally acknowledge that forfeiture of the appearance bond attached hereto may be declared by the U.S. District Court, for any breach of the conditions of release, attached hereto and made a part hereof.

Dated: 5-16-06

_____
SERGEY WALTON

Dated: 5-16-06

_____
LOU RAY WALTON

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

STATE OF CALIFORNIA       )
COUNTY OF Sacramento      )

On May 16, 2006 before me, Laura Plante, Notary Public
      DATE                              NAME, TITLE OF OFFICER – E.G.. "JANE DOE, NOTARY PUBLIC"

personally appeared, Sergey C. Walton and Lou Ray Walton

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Laura Plante_ (SEAL)
NOTARY PUBLIC SIGNATURE

[SEAL: LAURA PLANTE, COMM. # 1492674, NOTARY PUBLIC-CALIFORNIA, SACRAMENTO COUNTY, COMM. EXP. JUNE 6, 2008]

Acknowledgment of Sureties

─────── OPTIONAL INFORMATION ───────

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____ NUMBER OF PAGES _____

SIGNER(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____ SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|   |   |