Hayes H. Gable III
Attorney at Law
428 J Street
Suite 354
Sacramento, CA 95814
(916) 446-3331

Attorney for Sergey C. Walton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>            Plaintiff,              )<br>                                                       )<br>                                                       )<br>      v.                                            )<br>                                                       )<br>SERGEY C. WALTON,               )<br>                                                       )<br>            Defendant.           )<br>_____) | **CR.  S-06-0205 WBS (GGH)**<br><br>**ORDER EXONERATING BOND** |

On or about May 16, 2006, an appearance bond (secured by Deed of Trust 200605160680) was obtained to secure the appearance of defendant Sergey Walton before this court. The Deed of Trust supporting the bond was placed against real property located at 8965 Cord Way, Sacramento, CA 95828, further described as "Parcel 1, as shown on the Map entitled, Parcel C, as shown on the Parcel Map filed for Record in Book 76 of Parcel Maps, Page 28, filed for Record, October 25, 2001 in Book 182 of Parcel Maps, Page 16.  APN: 115-0590-076.

The defendant appeared in this Court at the scheduled time on May 24, 2006. Accordingly, the Bond is exonerated.

**IT IS SO ORDERED.**

DATED: 6/19/06                         /s/ Gregory G. Hollows

                                                          _____
                                                          The Honorable Gregory G. Hollows
                                                          United States Magistrate Court Judge