FILED
August 23, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 )   Case No. 2:06-cr-205 WBS
                    Plaintiff, )
v.  )   ORDER FOR TEMPORARY RELEASE
 )   OF PERSON IN CUSTODY
Sergey Clement Walton, )
 )
_____ )
                    Defendant.

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Sergey Clement Walton  Case 2:06-cr-205 WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- \_ Release on Personal Recognizance

- \_ Bail Posted in the Sum of _____

- X $500,000 Secured Appearance Bond secured by real property

- \_ Appearance Bond with 10% Deposit

- \_ Appearance Bond secured by Real Property

- \_ Corporate Surety Bail Bond

- X (Other) PTS conditions/release

Issued at  Sacramento, CA  on 8/23/06  at 3:20 p.m.

By /s/ Kimberly J. Mueller
Kimberly J. Mueller
United States Magistrate Judge