WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Sergey Clement Walton

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>SERGEY CLEMENT WALTON,<br><br>        Defendant.<br>_____ | **CASE NO.  CR. S 06-205 WBS**<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: August 30, 2006<br>Time: 9:00 am<br>Court: The Hon. William B. Shubb |

With the Court's permission, defendant Sergey Clement Walton and the United States of America, by and through their undersigned attorneys, hereby request and stipulate that the above-referenced matter, presently set for Status Conference on August 30, 2006 at 9:00 a.m, be continued until October 11, 2006 at 9:00 a.m.

///

///

///

///

///

///

1   It is further stipulated that time is to continued to be excluded for the reasons previously
2   stated at the last court appearance.

3

4   DATED: _____                        By:    /s/ William J. Portanova
                                                    WILLIAM J. PORTANOVA
5                                                   Attorney for Sergey Clement Walton

6   DATED: _____                               /s/ Jason Hitt
                                                    JASON HITT
7                                                   Assistant U.S. Attorney

8
    **IT IS SO ORDERED.**
9

10  DATED:  August 31, 2006

11

12  _____
    WILLIAM B. SHUBB
13  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28