WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Sergey Clement Walton

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SERGEY CLEMENT WALTON,  )<br>  )<br>        Defendant.  )<br>_____  ) | **CASE NO.  CR. S 06-205 WBS**<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: October 11, 2006<br>Time: 9:00 am<br>Court: The Hon. William B. Shubb |

With the Court's permission, defendant Sergey Clement Walton and the United States of America, by and through their undersigned attorneys, hereby request and stipulate that the above-referenced matter, presently set for Status Conference on October 11, 2006 at 9:00 a.m, be continued until December 6, 2006 at 9:00 a.m.

///

///

///

///

///

///

It is further stipulated that time is to continue to be excluded for the reasons previously stated at the last court appearance.

DATED: 10/10/2006   By:   /s/ William J. Portanova
                          WILLIAM J. PORTANOVA
                          Attorney for Sergey Clement Walton

DATED: 10/10/2006         /s/ Jason Hitt
                          JASON HITT
                          Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED:  October 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE