WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
portanova@thelawoffices.com

Attorney for Sergey Clement Walton

**FILED**

OCT 17 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGEY CLEMENT WALTON,<br><br>Defendant. | **CASE NO. CR. S 06-205 WBS**<br><br>**STIPULATION AND ORDER RE CONDITIONS OF PRE-TRIAL RELEASE**<br><br>**Court: The Hon. Kimberly J. Mueller** |

With the Court's permission, defendant Sergey Clement Walton and the United States of America, by and through their undersigned attorneys, hereby request and stipulate that defendant Sergey Walton's Amended Special Conditions of Pre-Trial Release be modified to exclude Condition number Seven, which requires regular drug and alcohol testing. Pre-Trial Services Officer Sandra Hall has no objection to this request for modification of the Amended Conditions of Release..

///

///

///

///

///

1     In all other respects, the remaining conditions of defendant Sergey Walton's Pre-Trial
2 Release are to remain in effect.

4 DATED: 10/16/06      By:      /s/ William J. Portanova
                                      WILLIAM J. PORTANOVA
5                                         Attorney for Sergey Clement Walton

7 DATED: 10/16/06                         /s/ Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

9 **IT IS SO ORDERED.**

10 DATED: 10/16/06

                                        THE HON. KIMBERLY J. MUELLER
                                        United States Magistrate Judge