1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone:  (916) 444-7900
   Fax: (916) 444-7998
4  portanova@thelawoffices.com

5  Attorney for the late Sergey Clement Walton

9  IN THE UNITED STATES DISTRICT COURT FOR THE

10  EASTERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,              )      **CASE NO.  CR. S 06-205 WBS**
                                           )
13                 Plaintiff,              )
                                           )      MOTION FOR DISMISSAL OF CASE
14                                         )      AND EXONERATION OF BOND
           v.                              )
15                                         )      Date:   December 6, 2006
    SERGEY CLEMENT WALTON,                 )      Time:   9:00 am
16                                         )      Court:  The Hon. William B. Shubb
                   Defendant.              )
17  _____)

18         With the Court's permission, defendant Sergey Clement Walton's undersigned counsel

19  hereby requests that the above-referenced matter, presently set for Status Conference on

20  December 6, 2006 at 9:00 a.m, be dismissed.

21  ///    .

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1 | Mr. Walton passed away on October 19, 2006. A copy of the Death Certificate is
2 | attached as Exhibit A.
3 | It is also requested that the Property Bond securing Mr. Walton's future appearances,
4 | filed in this matter on August 24, 2006, be exonerated.

6 | DATED: 11/9/06          By:    /s/ William J. Portanova
                                   WILLIAM J. PORTANOVA
7 |                                Attorney for Sergey Clement Walton

9 | **IT IS SO ORDERED.**

10 | DATED:  December 6, 2006

12 | WILLIAM B. SHUBB
13 | UNITED STATES DISTRICT JUDGE